## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

---

**ARSHAUN COLLINS,**

      **Plaintiff,**

**v.**                           **No.  2:10-cv-02105-cgc**

**FEDEX CORPORATION,**

      **Defendant.**

---

## ORDER FINDING AS MOOT

---

Before the Court are Defendant's Partial Motion to Dismiss Plaintiff's claims of negligent infliction of emotional distress and intentional infliction of emotional distress (D.E. #3) and Defendant's Partial Motion to Dismiss Plaintiff's claims of discrimination on the basis of national origin (D.E. #4).  On March 29, 2010, the parties submitted a Stipulation of Voluntary Dismissal as to these three claims.  Accordingly, the Court finds that Defendant's instant motions are MOOT.

      **IT IS SO ORDERED** this 18th day of June, 2010.

                                  s/ Charmiane G. Claxton
                                  CHARMIANE G. CLAXTON
                                  UNITED STATES MAGISTRATE JUDGE