UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| ARSHAUN COLLINS, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | |
| FEDEX CORPORATION, | CASE NO:2:10-cv-02105-BBD-cgc |
| Defendant. | |

**DECISION BY COURT.**   This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Stipulation of Dismissal and Order Granting Motion for Judgment on the Pleadings, this cause is hereby dismissed.

APPROVED:

<u>s/ Charmiane G. Claxton</u>
UNITED STATES DISTRICT COURT

DATE: 06/18/2010

<u>      THOMAS M. GOULD      </u>
Clerk of Court

<u>      S/ Chris Sowell      </u>
(By)  Deputy Clerk